UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.

. . . . . . . . . . . . . . . . . . . .

ENVIRONMENTAL PACKAGING
TECHNOLOGIES, INC. and
THOMAS P. HAMBLETON,

        Plaintiffs,

v.

WILLIAM D. EWING, ENVIRO-MEDIA,
INC. and JOSEPH TOMILSON,

        Defendants.

. . . . . . . . . . . . . . . . . . . .

04-11587WGY

## PLAINTIFF'S LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Environmental Packaging Technologies, Inc. ("EPT") is a closely-held corporation incorporated under the laws of the Commonwealth of Massachusetts. EPT has no parent corporation and there are no public companies that own ten percent (10%) or more of the stock of EPT.

        Respectfully submitted,

        ENVIRONMENTAL PACKAGING
        TECHNOLOGIES, INC. and
        THOMAS P. HAMBLETON,
        By their attorneys,

        _____
        Gary R. Greenberg, BBO #209420
        Joseph P. Davis III, BBO #551111
        Jennifer Martin Foster, BBO #644796
        GREENBERG TRAURIG, LLP
        One International Place, Twentieth Floor
        Boston, Massachusetts 02110
        (617) 310-6000

Dated: July 16, 2004

145068