```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

ENVIRONMENTAL PACKAGING TECH.

    V.

EWING, ET AL

                                        CIVIL ACTION

                                        NO. 04-11587-WGY

<u>ORDER OF RECUSAL</u>

YOUNG, C.J.

    The presiding judge recuses himself from participation in this case upon the ground that the law firm of which he was once a partner and upon which he relies for personal legal advice represents a party in this action.

                        WILLIAM G. YOUNG
                        UNITED STATES DISTRICT JUDGE

                        By the Court,

                  /s/William G. Young
                  _____
                        Deputy Clerk