# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE: (Civil)/Criminal No. 04-11587-WGY

Title: Environmental Packaging Tech. v Ewing, et al

## NOTICE

Please take notice that the above-entitled case previously assigned to Judge _Young_ has been transferred to Judge _O'Toole_ for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials _GAO_. In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number <u>and</u> initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By: _Marie Bell_
Deputy Clerk

Date: 9/23/04

_____ Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____ Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:    Counsel, Systems Administrator

transfer.ntc - 10/96)                                                                    (ntccsasgn.)