UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENVIRONMENTAL PACKAGING TECHNOLOGIES, INC. and THOMAS P. HAMBLETON, | |
| Plaintiffs, | CIVIL ACTION NO. 04-CV-11587-WGY |
| v. | |
| WILLIAM D. EWING, ENVIRO-MEDIA, INC. and JOSEPH TOMLINSON, | |
| Defendants. | |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO DEFENDANTS' COUNTERCLAIM**

Plaintiffs Environmental Packaging Technologies, Inc. and Thomas P. Hambleton (collectively, "Plaintiffs"), with the assent of defendants William D. Ewing, Enviro-Media, Inc. and Joseph Tomlinson (collectively, "Defendants"), hereby move for an extension of time to respond to Defendants' Counterclaim up to and including October 15, 2004. In support of their motion, Plaintiffs state that they need additional time to complete their response to Defendants' Counterclaim and are seeking an additional three days. The Defendants assent to the requested extension.

WHEREFORE, Plaintiffs Environmental Packaging Technologies, Inc. and Thomas P. Hambleton respectfully request that this Court extend the time by which they are to file their response to Defendants William D. Ewing, Enviro-Media, Inc. and Joseph Tomlinson's Counterclaim up to and including October 15, 2004.

| | |
|---|---|
| **RESPECTFULLY SUBMITTED**, ENVIRONMENTAL PACKAGING TECHNOLOGIES, INC. and THOMAS P. HAMBLETON, Plaintiffs, By their attorneys: | **ASSENTED TO BY:** ENVIRO-MEDIA, INC., WILLIAM D. EWING AND JOSEPH TOMLINSON, Defendants, By their attorneys: |
| /s/ Jennifer Martin Foster_____ Gary R. Greenberg, BBO# 209420 Joseph P. Davis III, BBO# 551111 Jennifer Martin Foster, BBO# 644796 GREENBERG TRAURIG, LLP One International Place, 20th Floor Boston, Massachusetts 02110 (617) 310-6000 (617) 310-6001 | /s/ Melissa G. Liazos_____ John R. Skelton, BBO# 552606 Melissa G. Liazos, BBO# 650564 BINGHAM McCUTCHEN LLP 150 Federal Street Boston, MA 02110 (617) 951-8000 (617) 951-8736 |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that on October 12, 2004, I spoke with counsel for defendants Enviro-Media, Inc., William D. Ewing and Joseph Tomlinson and conferred in a good faith attempt to resolve or narrow the issues raised in this motion. Defendants Enviro-Media, Inc., William D. Ewing and Joseph Tomlinson have assented to this motion.

/s/ Jennifer Martin Foster_____
Jennifer Martin Foster

**CERTIFICATE OF SERVICE**

      I, Jennifer Martin Foster, hereby certify that on October 12, 2004, I served a copy of the foregoing by first-class mail, postage prepaid upon:

John R. Skelton, Esq.
Melissa G. Liazos, Esq.
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

                          /s/ Jennifer Martin Foster
                          Jennifer Martin Foster