## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . .
|  |  |
|---|---|
| **ENVIRONMENTAL PACKAGING TECHNOLOGIES, INC. and THOMAS P. HAMBLETON,** | |
| **Plaintiffs,** | **CIVIL ACTION NO. 04-CV-11587-GAO** |
| **v.** | |
| **WILLIAM D. EWING, ENVIRO-MEDIA, INC. and JOSEPH TOMLINSON,** | |
| **Defendants.** | |

. . . . . . . . . . . . . . . . . .

### [PROPOSED] JOINT STATEMENT AND SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), the parties submit the following joint statement in connection with the Scheduling Conference to be held on December 21, 2004:

1. <u>Matters to be Discussed at Conference</u>. The parties will appear prepared to discuss the following issues:

   a. A proposed pre-trial schedule for the case that includes the plan for discovery and deadlines;

   b. Anticipated dispositive and pre-trial motions;

   c. Alternative Dispute Resolution; and

   d. Settlement.

2. <u>Procedural Motions and other Pending Matters</u>. There are no pending motions currently before the Court.

3.    <u>Schedule for Discovery and Dispositive Motions</u>.  The parties have agreed to negotiate the terms of a protective order for this case, and that a protective order must be entered before the exchange of any confidential or otherwise sensitive information in this case.  The parties have conferred in good faith in an attempt to reach an agreed schedule for discovery and dispositive motions.  Despite their efforts, they have been unable to reach agreement.  The plaintiffs' and the defendants' proposed schedules follow.

a.    <u>Plaintiffs' proposed schedule</u>:

| **DEADLINE OR EVENT** | **PROPOSED DATE** |
|---|---|
| Fed. R. Civ. P. 26(a)(1)(C)-(D) disclosures | **January 17, 2005 (agreed date)** |
| Fed. R. Civ. P. 26(a)(1)(A)-(B) disclosures | **As required through the course of discovery (agreed)** |
| Close of Fact Discovery | **August 15, 2005** |
| Disclosure of expert information, pursuant to Fed. R. Civ. P. 26(a)(2) | **September 1, 2005** |
| Close of Expert Discovery | **November 1, 2005** |
| Dispositive Motions | **December 1, 2005** |
| Oppositions to Dispositive Motions | **January 3, 2006** |
| Final Pretrial Conference | **On or about February 1, 2006** |
| Trial | **On or about March 1, 2006** |

b.    <u>Defendants' proposed schedule</u>:  Defendants believe that there should be phased

discovery in this matter. Defendants propose that the first phase consist of exchange of documents among the parties and limited depositions of the parties. Defendants believe that this limited discovery will enable to parties to more fully assess the claims, counterclaims and defenses in this matter and the ultimate settlement value. Upon the conclusion of phase one of discovery, the parties would have an opportunity to file dispositive motions and/or to engage in further discussions. If needed, Defendants propose thereafter a second phase of discovery to enable the parties to prepare for trial, and consisting of discovery of third parties, expert discovery, and depositions of the parties to prepare for trial. Defendants' proposed schedule is as follows:

| DEADLINE OR EVENT | PROPOSED DATE |
|---|---|
| Fed. R. Civ. P. 26(a)(1)(C)-(D) disclosures | **January 17, 2005 (agreed date)** |
| Fed. R. Civ. P. 26(a)(1)(A)-(B) disclosures | **As required through the course of discovery (agreed)** |
| Close of Phase I of Discovery: exchange of documents among the parties and limited depositions of the parties | **June 30, 2005** |
| Dispositive motions/further discussions among parties based on Phase I of discovery | **July 29, 2005** |
| Opposition to dispositive motions | **August 31, 2005** |
| Disclosure of expert information, pursuant to Fed. R. Civ. P. 26(a)(2) | **October 31, 2005** |
| Close of Phase II of Discovery: expert discovery, third party discovery, depositions of parties to prepare for trial | **December 31, 2005** |
| Dispositive Motions | **January 31, 2006** |
| Oppositions to Dispositive Motions | **February 28, 2006** |

| DEADLINE OR EVENT | PROPOSED DATE |
|---|---|
| Final Pretrial Conference | **On or about April 28, 2006** |
| Trial | **On or about May 23, 2006** |

4.    Discovery Limits.  The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C).  The parties have further agreed that all discovery requests must be propounded no later than 33 days prior to the close of discovery.  Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

5.    Settlement.  The parties have discussed settlement of this matter but have been unable to agree on the terms for a settlement.  In an effort to avoid any unnecessary expenses, plaintiffs request that this matter be immediately referred to a mediator.  Defendants believe that some discovery is required in this matter prior to any mediation, in order to enable the parties to more fully assess the claims, counterclaims and defenses in this matter and the ultimate settlement value.

6.    Trial by Magistrate Judge.  At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

7.    Budget and Alternative Dispute Resolution.  Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of Alternative Dispute Resolution.  Plaintiffs have proposed mediating this matter.  Defendants do not believe that mediation at this time will be productive as there is not a sufficient basis for the parties to assess the claims, defenses and ultimate settlement value of this case.  Defendants believe at least some discovery is necessary and this is the reason why defendants have proposed phased

discovery.  The parties have attached their certifications required pursuant to Local Rule

16.1(D)(3).

      8.     <u>Modification of Schedule</u>.  All dates set forth herein may be modified by written

agreement of the parties and approval of the Court, or upon motion of the Court for good cause

shown.

Date:   December 14, 2004

Respectfully submitted,

**ENVIRONMENTAL PACKAGING
TECHNOLOGIES, INC. and THOMAS P.
HAMBLETON,**

By their attorneys,

  /s/ Jennifer Martin Foster_____
Gary R. Greenberg, BBO# 209420
Joseph P. Davis III, BBO# 551111
Jennifer Martin Foster, BBO# 644796
GREENBERG TRAURIG, LLP
One International Place, Twentieth Floor
Boston, Massachusetts 02110
(617) 310-6000

Respectfully submitted,

**WILLIAM D. EWING, ENVIRO-MEDIA,
INC.  and JOSEPH TOMLINSON,**

By their attorneys,

  /s/ Melissa G. Liazos_____
John R. Skelton, BBO# 552606
Melissa G. Liazos, BBO# 650564
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

## CERTIFICATE OF SERVICE

I, Jennifer Martin Foster, hereby certify that on this 14th day of December, 2004, I served

the foregoing by mailing copies thereof, postage prepaid, to:

John R. Skelton, Esq.
Melissa G. Liazos, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

/s/ Jennifer Martin Foster
Jennifer Martin Foster

bos-srv01\FOSTERJE\154785v01\12/14/04\65443.010100