UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENVIRONMENTAL PACKAGING
TECHNOLOGIES, INC. and
THOMAS P. HAMBLETON,

    Plaintiffs,

v.

WILLIAM D. EWING, ENVIRO-MEDIA,
INC. and JOSEPH TOMLINSON,

    Defendants.

CIVIL ACTION
NO. 04-CV-11587-GAO

## PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and authorized representative of plaintiffs Environmental Packaging Technologies, Inc. and Thomas P. Hambleton hereby certify that plaintiffs and their counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ENVIRONMENTAL PACKAGING
TECHNOLOGIES, INC. and
THOMAS P. HAMBLETON,

_____
Thomas P. Hambleton
Environmental Packaging
Technologies, Inc.

By their attorneys,

_____
Gary R. Greenberg, BBO# 209420
Joseph P. Davis III, BBO# 551111
Jennifer Martin Foster, BBO# 644796
GREENBERG TRAURIG, LLP
One International Place, Twentieth Floor
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001