UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENVIRONMENTAL PACKAGING TECHNOLOGIES, INC. AND THOMAS P. HAMBLETON,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM D. EWING, ENVIRO-MEDIA, INC., AND JOSEPH TOMLINSON,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-CV-11587-WGY |

### ENVIRO-MEDIA, INC., WILLIAM EWING, AND JOSEPH TOMLINSON'S LOCAL RULE 16.1(D)(3) CERTIFICATE

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

ENVIRO-MEDIA, INC.                          WILLIAM D. EWING

By: _____              _____
William D. Ewing                            William D. Ewing
President                                   P.O. Box 223
Enviro-Media, Inc.                          Tiverton, RI 02878
235 West Park Street
Providence, RI 02908

LITDOCS/579753.1

| | |
|---|---|
| **JOSEPH TOMLINSON** | **ENVIRO-MEDIA, INC., WILLIAM D. EWING, AND JOSEPH TOMLINSON,** |
| | *By their attorneys,* |
| */s/ Joseph Tomlinson* | */s/ Melissa G. Liazos* |
| Joseph Tomlinson | John R. Skelton, BBO # 552606 |
| 230 Briarwood Lane | Melissa G. Liazos, BBO #650564 |
| Portsmouth, RI 02871 | BINGHAM McCUTCHEN LLP |
| | 150 Federal Street |
| | Boston, MA 02110 |
| | telephone: 617-951-8000 |
| | email: melissa.liazos@bingham.com |

Dated: December 14, 2004

LITDOCS/579753.1