UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENVIRONMENTAL PACKAGING TECHNOLOGIES, INC. AND THOMAS P. HAMBLETON,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM D. EWING, ENVIRO-MEDIA, INC., AND JOSEPH TOMLINSON,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-CV-11587 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a) of the U.S. District Court for the District of Massachusetts, the undersigned attorney, John R. Skelton, hereby enters his appearance in the above-captioned action as counsel for Defendants William D. Ewing, Enviro-Media, Inc., and Joseph Tomlinson.

Dated: December 17, 2004

Respectfully Submitted,

ENVIRO-MEDIA, INC., WILLIAM D. EWING, AND JOSEPH TOMLINSON,

By their attorneys,

*/s/ John R. Skelton*

John R. Skelton, BBO # 552606
Melissa G. Liazos, BBO #650564
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
telephone: 617-951-8000
email: john.skelton@bingham.com

LITDOCS/581583.1

## CERTIFICATE OF SERVICE

I, Melissa G. Liazos, hereby certify that on this 17th day of December, 2004, I served the attached Notice of Appearance, by causing copies thereof to be mailed, postage prepaid to:

Jennifer Foster, Esq.
Greenberg Traurig LLP
One International Place, 20th Floor
Boston, MA 02110

*[signature]*
Melissa G. Liazos