UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . .
                            .
ENVIRONMENTAL PACKAGING    .
TECHNOLOGIES, INC. and          .
THOMAS P. HAMBLETON,        .
                            .
      Plaintiffs,           .    CIVIL ACTION
                            .    NO. 04-CV-11587-WGY
  v.                           .
                            .
WILLIAM D. EWING, ENVIRO-MEDIA,  .
INC. and JOSEPH TOMLINSON,    .
                            .
      Defendants.        .
. . . . . . . . . . . . . . . . . . . . . . . .

**JOINT MOTION TO MODIFY SCHEDULING ORDER AND STAY DISCOVERY**

     Pursuant to Local Rule 16.1(G), the parties jointly move to modify the scheduling order in this case to suspend the June 30, 2005 close of Phase I of discovery and temporarily stay discovery. The parties are engaged in settlement discussions and have a mediation scheduled for June 21st. If the mediation is successful in settling the case, the parties will notify the Court promptly. If the parties are unsuccessful in settling the case by mediation, they will appear at the scheduled July 11th status conference and will submit to the Court a proposed revised scheduling order setting new discovery dates and allowing discovery to proceed.

Date:   June 10, 2005

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **ENVIRONMENTAL PACKAGING TECHNOLOGIES, INC. and THOMAS P. HAMBLETON,** | **WILLIAM D. EWING, ENVIRO-MEDIA, INC. and JOSEPH TOMLINSON,** |
| By their attorneys, | By their attorneys, |
| /s/Joseph P. Davis III _____ | /s/Melissa G. Liazos |
| Joseph P. Davis III, BBO# 551111<br>Jennifer Martin Foster, BBO# 644796<br>GREENBERG TRAURIG, LLP<br>One International Place, Twentieth Floor<br>Boston, Massachusetts 02110<br>(617) 310-6000 | _____<br>John R. Skelton, BBO# 552606<br>Melissa G. Liazos, BBO# 650564<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA  02110<br>(617) 951-8000 |

## **CERTIFICATE OF SERVICE**

I, Melissa G. Liazos, hereby certify that on this 10th day of June, 2005, I served the foregoing by mailing copies thereof, postage prepaid, to:

Joseph P. Davis, Esq.
Greenberg Traurig LLP
One International Place, 20th Floor
Boston, MA 02110

/s/Melissa G. Liazos
Melissa G. Liazos

LITDOCS/604706.1