UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . .
.
ENVIRONMENTAL PACKAGING        .
TECHNOLOGIES, INC. and          .
THOMAS P. HAMBLETON,            .
                                .
             Plaintiffs,   .   CIVIL ACTION
                                .   NO. 04-CV-11587-WGY
       v.                      .
                                .
WILLIAM D. EWING, ENVIRO-MEDIA, .
INC. and JOSEPH TOMLINSON,      .
                                .
             Defendants.   .
. . . . . . . . . . . . . . . . . . . . .

## ~~[PROPOSED]~~ SCHEDULING ORDER
## PURSUANT TO FED. R. CIV. P. 16 AND LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16.1(D), the parties submit the following proposed revisions to Scheduling Order entered by this Court on December 21, 2004. There is good cause to modify the Scheduling Order in this case. In support of their proposed revisions to the Scheduling Order, the defendants state as follows:

1. On December 14, 2004, the parties submitted to the Court a [Proposed] Joint Statement and Scheduling Order Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), with separate discovery schedules proposed by the plaintiffs and the defendants. The parties appeared before this Court for a scheduling conference on December 21, 2004. At that time, the Court adopted the defendants' proposed schedule, which provided for Fed. R. Civ. P. 26(a)(1)(C)-(D) disclosures by January 17, 2005, Fed. R. Civ. P. 26(a)(1)(A)-(B) disclosures as required throughout the course of discovery, and the close of Phase I of discovery (consisting of the exchange of

LITDOCS/607158.3

documents among the parties and limited depositions of the parties) by June 30, 2005. The parties contemplated a potential mediation after the close of Phase I.

2.  Since the December 21, 2004 scheduling conference, the parties have made their Fed R. Civ. P. 26(a)(1)(C)-(D) disclosures. They have exchanged document requests and interrogatories. The plaintiffs have answered the document requests and interrogatories from the defendants, but have not yet produced documents. By agreement, the defendants have not yet answered the plaintiffs' document requests and interrogatories. The parties engaged in negotiations concerning the terms of a protective order governing discovery, but have not yet been able to agree on the terms of a protective order.

3.  After the exchange of discovery requests, but before the actual exchange of documents, the parties again discussed the possibility of settlement. The parties agreed to suspend discovery pending their settlement discussions. On June 10, 2005, the parties filed with the Court a joint motion to modify the scheduling order in this case to suspend the June 30, 2005 close of Phase I of discovery and to temporarily stay discovery.

4.  The parties engaged in a mediation on June 21, 2005, and continue to have discussions following the mediation. As of the date hereof, they have been unsuccessful in reaching a settlement.

5.  The scheduling order in this case currently provides as follows:


| DEADLINE OR EVENT | CURRENT DATE |
|---|---|
| Close of Phase I of Discovery: exchange of documents among the parties and limited depositions of the parties | **June 30, 2005** |
| Dispositive motions/further discussions among parties based on Phase I of discovery | **July 29, 2005** |
| Opposition to dispositive motions | **August 31, 2005** |
| Disclosure of expert information, pursuant to Fed. R. Civ. P. 26(a)(2) | **October 31, 2005** |
| Close of Phase II of Discovery: expert discovery, third party discovery, depositions of parties to prepare for trial | **December 31, 2005** |
| Dispositive Motions | **January 31, 2006** |
| Oppositions to Dispositive Motions | **February 28, 2006** |
| Final Pretrial Conference | **On or about April 28, 2006** |
| Trial | **On or about May 23, 2006** |

6.    The parties propose the following schedule which is based on a schedule without phases, and has a proposed final pre-trial date which is only sixty (60) days after the originally proposed pre-trial date.

LITDOCS/607158.3

| DEADLINE OR EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Close of Phase I of Discovery: exchange of documents among the parties and limited depositions of the parties | June 30, 2005 | N/A |
| Dispositive motions/further discussions among parties based on Phase I of discovery | July 29, 2005 | N/A |
| Opposition to dispositive motions | August 31, 2005 | N/A |
| Disclosure of expert information, pursuant to Fed. R. Civ. P. 26(a)(2) | October 31, 2005 | January 9, 2006 |
| Close of Discovery; including expert discovery | December 31, 2005 | March 10, 2006 |
| Dispositive Motions | January 31, 2006 | April 14, 2006 |
| Oppositions to Dispositive Motions | February 28, 2006 | May 15, 2006 |
| Reply to Dispositive Motions | N/A | May 30, 2006 |
| Final Pretrial Conference | On or about April 28, 2006 | On or about June 28, 2006 |
| Trial | On or about May 23, 2006 | As scheduled by the Court |

7.  The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C). The parties have further agreed that all discovery requests must be propounded no later than 33 days prior to the close of discovery. Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

8.  All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion of the Court for good cause shown.

Date: July 19, 2005

LITDOCS/607158.3

Respectfully submitted,

**ENVIRONMENTAL PACKAGING TECHNOLOGIES, INC. AND THOMAS P. HAMBLETON,**

By their attorneys,

_____/s/Joseph P. Davis (by permission)_____
Joseph P. Davis, III (BBO#551111)
**Greenberg Traurig LLP**
One International Place, 20th Floor
Boston, MA  02110
(617)310-6000

--- and ---

**WILLIAM D. EWING, ENVIRO-MEDIA, INC. AND JOSEPH TOMLINSON,**

By their attorneys,

_____/s/Melissa G. Liazos_____
John R. Skelton, BBO# 552606
Melissa G. Liazos, BBO# 650564
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

LITDOCS/607156.3