UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

ENVIRONMENTAL PACKAGING
TECHNOLOGIES, et. al.,

      Plaintiffs,                      CIVIL ACTION
v.                                   NO.   04-11587-GAO

WILLIAM D. EWING, et. al.,

      Defendants,

## **NOTICE OF AND ORDER REGARDING MEDIATION**

The parties are hereby notified that the court has scheduled a mediation conference for **Tuesday, November 7, 2006 @ 10:00 A.M.** in The United States District Court in **Worcester**, Courtroom #1 on the 5th Floor.  Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail  at lisa_roland@mad.uscourts.gov  **no later than two (2) days before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

                                                 / s /Timothy S. Hillman
                                                Timothy S. Hillman
DATED: October 20, 2006               United States Magistrate Judge