**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ENVIRONMENTAL PACKAGING
TECHNOLOGIES, et. al.,

    Plaintiffs,                                       CIVIL ACTION
v.                                                NO.   04-11587-GAO

WILLIAM D. EWING, et. al.,

    Defendants,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE O'TOOLE

HILLMAN, M.J.

On   November 7, 2006   I was scheduled to hold the following ADR proceeding:

\_\_\_\_   EARLY NEUTRAL EVALUATION        _X_   MEDIATION
\_\_\_\_   MINI-TRIAL                                        \_\_\_\_\_   SUMMARY JURY TRIAL
\_\_\_\_   SETTLEMENT CONFERENCE


The parties contacted the Court to report the case settled.

The case was:

(X)    Settled.  Your clerk should enter a  60  day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____.
       unless the case is reported settled prior to that date.
( )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
       productive.  This case should be restored to your trial list.


November 22,  2006                               /s/ Timothy S. Hillman
Date                                               TIMOTHY S. HILLMAN, M.J.